[No. 14052-7-II.   Division Two.   May 8, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. VERNON VAN DELINDER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 90-1-00018-4, James B. Sawyer II, J.,

entered June 18, 1990. *Affirmed in part* and *reversed in part* by unpublished opinion per Schumacher, J. Pro Tem., concurred in by Alexander, J., and Green, J. Pro Tem.